# UNITED STATES DISTRICT COURT

## Northern District of West Virginia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ROBERT LEE KLEIN | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release) |

Case No.  2:99CR2

USM No. 034-77087

Brian J. Kornbrath
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)    Mandatory Condition 1    of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Committed new criminal conduct, that is, sexual abuse by parent, custodian or guardian | 05/07/2004 |

The defendant is sentenced as provided in pages 2 through    2    of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 5784

Defendant's Year of Birth:    1960

City and State of Defendant's Residence:
HCC, P.O. Box 1, Huttonsville, WV  26273

09/15/2009
_____
Date of Imposition of Judgment

*Robert E. Maxwell*
_____
Signature of Judge

Robert E. Maxwell            U.S. District Judge
_____
Name and Title of Judge

*September 15, 2009*
_____
Date

DEFENDANT: ROBERT LEE KLEIN
CASE NUMBER: 2:99CR2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

**Twenty-One (21) Months.**

☐  The court makes the following recommendations to the Bureau of Prisons:

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL